IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID RAY ADELE**                                                                 **PLAINTIFF**

V.                                                                      CIVIL NO. 1:14-cv-463-JCG

**PRESTON GOFF** *Warden*,                                              **DEFENDANTS**
**JOHNATHAN MORAN** *Warden*, **and**
**ERIC RICHARD** *Chaplain*

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment, final judgment is hereby entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure. All of Plaintiff's claims are dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed with prejudice.

**SO ORDERED** this the 31st day of March, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE